**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In Re:

OSWALDO AUGUSTO RAMOS,           Case No.  16-10025-BKC-AJC

                                                            Chapter 7

        **Debtor.**

_____/

**NOTICE OF APPEARANCE OF**
**ROBERT W. DAVIS, JR. AND REQUEST FOR SERVICE OF PAPERS**

**ROBERT W. DAVIS, JR.**, of the law firm of **HOLLAND & KNIGHT LLP** files this

Notice of Appearance and Request for Service of Papers as co-counsel on behalf of **SEASIDE**

**NATIONAL BANK AND TRUST,** a creditor in the above-referenced case.  Said person

appears pursuant to Federal Rule of Bankruptcy Procedure 9010(b), and requests, pursuant to,

*inter alia*, Federal Rules of Bankruptcy Procedure 2002 and 9007, that all notices given or

required to be served in this case be served upon the below-named attorney:

Robert W. Davis, Jr., Esq.
Holland & Knight LLP
200 S. Orange Avenue, Suite 2600
Orlando, Florida  32801
Telephone:  407-425-8500
Facsimile: 407-244-5288
E-mail:  robert.davis@hklaw.com

The foregoing request includes not only the notices and papers referred to in the Federal

Rules of Bankruptcy Procedure specified above but also includes, without limitation, any notice,

application, complaint, demand, motion, pleading, request, whether formal or informal, and

financial reports, and whether transmitted or conveyed by mail, electronic mail, delivery,

#38461272_v1

telephone, telegraph, telex, facsimile, or otherwise filed or made in or with regard to the above-referenced case.

DATED this 1st day of February, 2016.

/s/ Robert W. Davis, Jr.
Robert W. Davis, Jr., Esq.
Florida Bar No. 084953
robert.davis@hklaw.com
HOLLAND & KNIGHT LLP
200 S. Orange Ave., Ste. 2600
Orlando, FL 32801
Telephone: (407) 425-8500
Facsimile:  (407) 244-5288
*Co-Counsel for Creditor Seaside*
*National Bank and Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2016, a true and correct copy of the foregoing Notice of Appearance of Robert W. Davis, Jr. and Request for Services of Papers was served via the Court's CM/ECF System to all parties requesting such notice.

/s/ Robert W. Davis, Jr.
Robert W. Davis, Jr., Esq.
Florida Bar No. 084953