UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 16-10025-AJC

IN RE:

CHAPTER 7

OSWALDO AUGUSTO RAMOS,

Debtor.
_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters his appearance as counsel for COCONUT GROVE BANK, a party in interest and pursuant to Bankruptcy Rules 2002 and 3017 of the Bankruptcy Code, request that all notices that are required to be given in the above case and all papers that are required or permitted to be served in said case, be given to or served upon the undersigned at the office set forth below.

Additionally, it is respectfully requested that, pursuant to Rule 2002(g), the following be added to the official mailing matrix:

> BRUCE E. BLOCH, ESQ.
> Sapurstein & Bloch, P.A.
> Attorneys for Coconut Grove Bank
> 9700 South Dixie Highway, Suite 1000
> Miami, Florida 33156

**I HEREBY CERTIFY** that a copy of the foregoing Notice was furnished by electronic means via CM/ECF and/or U.S. mail on the 10th day of February, 2016 to the interested parties listed below.

*In Re: Oswaldo Augusto Ramos*
*Case No. 16-10025-AJC*
*Page 2*

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

/s/ Bruce E. Bloch
BRUCE E. BLOCH, ESQ.
FBN: 650031
Sapurstein & Bloch, P.A.
Attorney for Coconut Grove Bank
9700 South Dixie Highway, Suite 1000
Miami, FL 33156
Telephone: (305) 670-9500
bbloch@sblawfirmfl.com
general@sblawfirmfl.com

**Oswaldo Augusto Ramos**, *Debtor*
    23860 SW 162nd Avenue, Homestead, FL 33031
**Peter D. Russin, Esq.**, *Attorney for Debtor*
**Marcia T. Dunn**, *Trustee*
**Michael P. Dunn**, *Attorney for Trustee*
**Office of the U.S. Trustee**

G:\DOCS\Coconut Grove.124-VS. RAMOS, OSWALDO\notice of appearance.wpd