UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

    OSWALDO AUGUSTO RAMOS,           Case No. 16-10025-AJC
                                                              Chapter 7

    Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

      Alexis S. Read, Esq. of the law firm of Dunn Law, P.A. hereby files Notice of Appearance and Request for Service in the above-styled case as general counsel on behalf of Chapter 7 Trustee, Marcia T. Dunn, pursuant to Bankruptcy Rules 2002 and 9010(b), and requests service of all notices, pleadings, motions, order and other documents filed in this case.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on February 26, 2016, a true and correct copy of the foregoing was served via CM/ECF electronic transmission to those parties who are currently on the list to receive e-mail notice and service for this case, and/or by U.S. Mail to:

- **Joaquin J Alemany**   joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- **Robert W Davis**   robert.davis@hklaw.com, june.burgess@hklaw.com
- **Marcia T Dunn**   mdunn@dunnlawpa.com, mdunn@ecf.epiqsystems.com;acastro@dunnlawpa.com;ksotolongo@dunnlawpa.com;rbasnueva@dunnlawpa.com;slebron@dunnlawpa.com
- **Michael P Dunn**   michael.dunn@dunnlawpa.com, rbasnueva@dunnlawpa.com;mnixon@dunnlawpa.com
- **Raquel M Fernandez**   rfernandez@cozen.com, mvandenbosch@cozen.com
- **Brian A McDowell**   brian.mcdowell@hklaw.com, june.burgess@hklaw.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Scott Alan Orth**   scott@orthlawoffice.com, notices@orthlawoffice.com,eservicesao@gmail.com
- **Peter D. Russin**   prussin@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;ltannenbaum@ecf.inforuptcy.com

**DUNN LAW, P.A.**
*Counsel for Marcia T. Dunn, Chapter 7 Trustee*
555 NE 15th Street, Suite 934-A
Miami, Florida 33132
Phone: (786) 433-3866
Fax:     (786) 260-0269
alexis.read@dunnlawpa.com

By:   /s/ *Alexis S. Read*
          Alexis S. Read, Esq.
          Fla. Bar No. 98084